461 A.2d 891

Zimmerman, Appellant v. Zimmerman.

Argued November 16, 1982. Lynne Z. Gold-Bikin, for appellant; Wayne Carl Zimmerman, appellee, in propria persona.

Before BROSKY, McEWEN and WATKINS, JJ.

Order affirmed.